IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TAMIKA K. HAYNES**                                                                  **PLAINTIFF**

**VS.**                      **CASE NO. 2:11CV00106  HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                                      **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this __18__ day of January, 2012.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE